IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHWIRE COMPANY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-CV-00693-WSD |
| CME WIRE & CABLE, INC., | ) Jury Trial Demanded |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff Southwire Company, LLC, through its undersigned counsel of record, submits this notice dismissing this action, and all claims and requests for relief asserted therein, without prejudice, with each party to bear its own attorneys' fees and costs. Southwire submits that neither an answer nor a motion for summary judgment has been served in connection with this action.

DATE: April 23, 2015

                                               Jeffrey D. Blake
                                               MERCHANT & GOULD, P.C.
                                               191 Peachtree Street, NE, Suite 4300
                                               Atlanta, Georgia 30303-1740
                                               Tel: 404-954-5100
                                               Fax: 404-954-5099
                                               Email: jblake@merchantgould.com

                                               *Attorney for Plaintiff*
                                               *Southwire Company, LLC*